UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NETSTYLE CORP.,<br>*Plaintiff,*<br><br>v.<br><br>PIE HEADWEAR, LLC, *et al.,*<br>*Defendants.* | Case No. 1:23-cv-202 (MSN/LRV) |

## **ORDER**

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Lindsey R. Vaala on December 13, 2023 (Dkt. 40) ("Recommendation").[1] Having reviewed the record and Judge Vaala's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Amended Motion for Default Judgment (Dkt. 25) is **GRANTED**; it is further

**ORDERED** that Plaintiff's previous Motions for Default Judgment (Dkt. 21 & Dkt. 23) are **DENIED AS MOOT**; it is further

**ORDERED** that judgment by default in the total sum of **$83,366.19** is entered against Defendant Pie Headware, LLC, in Plaintiff's favor.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Vaala's Recommendation was December 27, 2023. Because no such objections have been filed, the Court embraces Judge Vaala's analysis without reservation.

1

**SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
January 22 , 2023